Lawrence Z. Lorber, Esq. (DC Bar No. 103127)
Marvin M. Goldstein (not admitted in DC)
Steven Yarusinsky (not admitted in DC)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, D.C. 20004-2533
Telephone: (202) 416 -6800
Facsimile: (202) 416-6899
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL TRIMMING,**<br>7911 Sandalfoot Drive,<br>Potomac, Maryland 20854<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**STEPHEN BRYEN,**<br>9525 Clement Road,<br>Silver Spring, Maryland 20910<br><br>　　　　　Defendant. | **Civil Action No.**<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Michael Trimming ("Trimming"), through his undersigned counsel, Proskauer Rose LLP, for his Complaint against Defendant, Stephen Bryen ("Bryen"), alleges and says:

### JURISDICTION AND VENUE

1.　　This Court has diversity jurisdiction under 28 U.S.C. § 1332. This action involves parties who are citizens of a State and citizens or subjects of a foreign state, and the amount in controversy exceeds the sum or value required by this Court, exclusive of interest or costs.

2. Venue is proper in this Court pursuant to 28 U.S.C. §1391 because a substantial part of the events and/or omissions giving rise to Trimming's claims for relief arose in the District of Columbia.

**THE PARTIES**

3. Trimming was the President, Vice-Chairman and Director of Engineering of Oto Melara North America, Inc. ("Oto Inc."), a Delaware corporation with its headquarters located at 1101 15th Street, N.W., Suite 630, Washington, D.C. 20005. Trimming is a citizen of Great Britain and temporarily resides at 7911 Sandalfoot Drive, Potomac, Maryland 20854.

4. Bryen is, and at all relevant times was, the President of Finmeccanica Inc. and a member of the Board of Directors of Oto Inc. Bryen is a citizen of the state of Maryland and, upon information and belief, currently resides at 9525 Clement Road, Silver Spring, MD 20910.

5. Finmeccanica Inc. is a Delaware corporation with its headquarters located at 1101 15th Street, N.W., Suite 630, Washington, D.C. 20005.

**FACTUAL BACKGROUND**

6. Upon information and belief, on or about December 19, 2005, Bryen sent an email communication addressed to Pier Francisco Guarguaglini, Carlo Alberto Iardella, Avv Gigante, Mr. Zappa and Mr. DeBenedictus.

7. Upon information and belief, Bryen's email contained false and defamatory statements regarding Trimming, including, but not limited to, false, outrageous and defamatory remarks regarding Trimming's harming and/or killing individuals during his service in the South African Navy.

8. Upon information and belief, Bryen sent similar defamatory emails regarding Trimming to Pier Francisco Guarguaglini, Carlo Alberto Iardella, Avv Gigante, Mr. Zappa, Mr. DeBenedictus and others.

9. Trimming has been damaged as a result of Bryen's defamatory actions and is entitled to actual, compensatory, and punitive damages, as well as other damages to be determined at trial, together with pre-judgment and post-judgment interest.

## **FIRST COUNT**

### **(Defamation)**

10. Trimming repeats and realleges each of the allegations heretofore pled in Paragraphs 1 through 9.

11. Bryen made false and defamatory statements regarding Trimming in email communications.

12. Bryen published the false and defamatory statements, without privilege, to Pier Francisco Guarguaglini, Carlo Alberto Iardella, Avv Gigante, Mr. Zappa and Mr. DeBenedictus.

13. In so doing, Bryen has subjected Trimming to contempt and ridicule, and has diminished the esteem, respect, goodwill and confidence in which Trimming is held.

14. The third parties who viewed the emails understood the defamatory statements regarding Trimming.

15. Bryen published the defamatory statements maliciously, with knowledge of their falsity or with reckless disregard as to the falsity of the statements.

16. The statements made by Bryen are actionable as a matter of law based on their inherently defamatory nature.

17. As a proximate result of Bryen's publication and broad distribution of the defamatory emails, Trimming suffered significant and irreparable injury, in the form of severe damage to his business and personal reputation, and severe emotional distress.

18. Trimming, therefore, is entitled to compensatory damages and punitive damages to remedy his injuries.

## SECOND COUNT

### (Libel *per se*)

19. Trimming repeats and realleges each of the allegations heretofore pled in Paragraphs 1 through 18.

20. Bryen made false and defamatory statements regarding Trimming in email communications.

21. Bryen published the false and defamatory statements, without privilege, to Pier Francisco Guarguaglini, Carlo Alberto Iardella, Avv Gigante, Mr. Zappa and Mr. DeBenedictus.

22. In so doing, Bryen has subjected Trimming to contempt and ridicule, and has diminished the esteem, respect, goodwill and confidence in which Trimming is held.

23. The third parties who viewed the emails understood the defamatory statements regarding Trimming.

24. Bryen published the defamatory statements maliciously, with knowledge of their falsity or with reckless disregard as to the falsity of the statements.

25. The statements made by Bryen are actionable as a matter of law based on their inherently defamatory nature.

26. The statements made by Bryen were libelous *per se* because of their direct and unavoidable tendency to injure Trimming in his business and reputation.

4

27. As a proximate result of Bryen's publication and broad distribution of the defamatory emails, Trimming suffered significant and irreparable injury, in the form of severe damage to his business and personal reputation, and severe emotional distress.

28. Trimming, therefore, is entitled to compensatory damages and punitive damages to remedy his injuries.

**WHEREFORE**, Trimming respectfully requests that the Court:

1. Grant Trimming final judgment against Bryen for all actual, compensatory, and punitive damages, as well as other damages to be determined at trial, together with pre-judgment and post-judgment interest.

2. Grant Trimming final judgment against Bryen for all allowable costs, attorneys' fees, and other litigation expenses to the extent recoverable under applicable law.

3. Grant Trimming such other and further relief that the Court deems may be just, equitable, and proper.

4. Trimming demands a trial by jury.


Dated: January 26, 2007                    PROSKAUER ROSE LLP

                                           By: _____
                                           Lawrence Z. Lorber, Esq. (DC Bar No. 103127)
                                           Marvin M. Goldstein, Esq. (not admitted in DC)
                                           Steven Yarusinsky, Esq. (not admitted in DC)
                                           1001 Pennsylvania Avenue, NW
                                           Suite 400 South
                                           Washington, D.C. 20004-2533
                                           202.416.6800

                                           *Attorneys for Plaintiff Michael Trimming*

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Michael Trimming

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Montgomery
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Proskauer Rose LLP
1001 Pennsylvania Avenue, Suite 400 South
Washington, DC 20004-2533
(202) 416-6800

## DEFENDANTS
Stephen Bryen

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Montgomery
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ● 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ● 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

● 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district (specify)
○ 6 Multi district Litigation
○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC Section 1332 - Diversity of Citizenship

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ greater than $75,000.000    Check YES only if demanded in complaint
JURY DEMAND:    YES ☒    NO ☐

## VIII. RELATED CASE(S) IF ANY

(See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE January 26, 2007    SIGNATURE OF ATTORNEY OF RECORD *[signature]*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.