Lawrence Z. Lorber, Esq. (DC Bar No. 103127)
Marvin M. Goldstein (not admitted in DC)
Steven Yarusinsky (not admitted in DC)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, D.C. 20004-2533
Telephone: (202) 416-6800
Facsimile: (202) 416-6899
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHAEL TRIMMING, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NUMBER 1:07CV00180 (ESH) |
| | ) | |
| STEPHEN BRYEN, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT WITHOUT PREJUDICE

Plaintiff MICHAEL TRIMMING, pursuant to Rule 4.1(m) of the Federal Rules of Civil

Procedure, by and through undersigned counsel, hereby respectfully moves for entry of an Order

to withdraw without prejudice the Complaint filed on January 26, 2007, in the above-captioned

action. This motion is made within 120 days after filing of the Complaint and service of the

summons and complaint upon defendant has not been made.

Dated: January 31, 2007          PROSKAUER ROSE LLP

                                 By: _____
                                     Lawrence Z. Lorber, Esq. (DC Bar No. 103127)
                                     Marvin M. Goldstein, Esq. (not admitted in DC)
                                     Steven Yarusinsky, Esq. (not admitted in DC)
                                     1001 Pennsylvania Avenue, NW, Suite 400 South
                                     Washington, D.C. 20004-2533
                                     202.416.6800
                                     *Attorneys for Plaintiff Michael Trimming*

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MICHAEL TRIMMING,        )
)
       Plaintiff        )
)
       v.        )    CASE NUMBER 1:07CV00180 (ESH)
)
STEPHEN BRYEN,        )
)
       Defendant.        )

## ORDER

Whereas Plaintiff MICHAEL TRIMMING, by and through undersigned counsel, has moved to have withdrawn without prejudice the Complaint filed on January 26, 2007, in the above-captioned action, it is hereby

ORDERED that the Complaint filed on January 26, 2007, in the above-captioned action be withdrawn without prejudice.

Dated:_____

_____

Hon. Ellen Segal Huvelle

COPIES TO:

Lawrence Z. Lorber, Esq.
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, D.C. 20004-2533